IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH MARSHALL, | : | |
| Petitioner, | : | Civil Action 2:14-cv-812 |
| v. | : | JUDGE GREGORY L. FROST |
| WARDEN, PICKAWAY CORRECTIONAL INSTITUTION, | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Respondent. | | |

## ORDER

This matter is before the Court for consideration of Petitioner's Motion for Relief from Judgment. (ECF No. 43.) The Motion is **DENIED WITHOUT PREJUDICE**. This case is now on appeal to the United States Court of Appeals for the Sixth Circuit. The Court, therefore, has no jurisdiction to enter the relief Petitioner seeks. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.")

**IT IS SO ORDERED.**

    /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE