IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KENNETH MARSHALL,** | : | |
| Petitioner, | : | Civil Action 2:14-cv-812 |
| v. | : | **JUDGE GREGORY L. FROST** |
| **WARDEN, PICKAWAY CORRECTIONAL INSTITUTION,** | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Respondent. | | |

## ORDER

Plaintiff's Motion/Petition for a Certificate of Appealability (ECF No. 49) is **DENIED AS MOOT**.  The Court has already set forth its reasons for declining to issue a certificate of appealability in its July 31, 2015 Order.  (ECF No. 42.)

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　/s/   Gregory L. Frost
　　　　　　　　　　　　　　　　　　　　GREGORY L. FROST
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE